STATE vs. BLŒDOW.

No appeal to supreme court in criminal cases.

APPEAL from the Municipal Court of *Milwaukee* County.
*James Hickcox*, for the appellant.
*F. W. Cotzhausen*, for the state.

COLE, J. This is an appeal from an order denying a motion in arrest of judgment in a strictly criminal action. It has been decided that the statute regulating and governing appeals to this court does not apply to criminal cases, but to civil cases only. *State v. Mushied*, 12 Wis., 561; *In re Murphey*, 39 id., 287; *City of Boscobel v. Bugbee*, 41 id., 64. In accordance with the rule in these cases, this appeal must be dismissed.

*By the Court.* — It is so ordered.

RYAN, C. J., and LYON, J., took no part.